No 23-8019                                                                                               AFFIDAVIT

May 1, 2023                      IN RE: JAMES HAYES

Respondent,

SWORN AFFIDAVIT OF JAMES HAYES IN SUPPORT OF
SHOW CAUSE RESPONSE OF RESPONDENT

Pursuant to Rules of Attorney Disciplinary Enforcement for the Court of Appeals for the First Circuit, Rule II (C) (2)

[There was such an infirmity of proof establishing the misconduct as to give rise to the clear conviction that this Court could not, consistent with its duty, accept as final the conclusion on that subject]

1. My name is James Hayes. I have residences in Cambridge and in Chelmsford Massachusetts.

2. I am the Respondent in the above captioned proceeding.

3. I was admitted to practice law in the Commonwealth of Massachusetts on December 20, 1982.

4. I was also admitted to practice before this Court. Prior to disbarment I was admitted to three other Federal Courts, (District of Massachusetts Federal, Bankruptcy and the US District Court in Corpus Christi, Texas and the US Tax Court.)

5. Prior to disbarment, I was never sanctioned or accused of wrongdoing in any Court anywhere in the World.

6. No client has accused me of malpractice and no claims have ever been paid on account of any malpractice of mine.

7. In December 2013 I was retained by a friend of my office worker. The friend was represented in Probate and Family Court by another lawyer, He and his brother had just won a $1,000,000.00 lottery prize.

8. The client (Lamarche, herein) had signed a purchase and sale for a home in Nashua NH. He asked me to draft a Trust to hold title and represent him in the purchase. The property was beset with title and other problems so the Trust was set up but never held real estate.

9. Lamarche then grew angry with his prior lawyer over $10,000.00 in hourly billing for a couple of weeks' work.

10. He fired her and hired me on the express condition that I not bill hourly but set fixed fees and run them by him on a case by case basis. He expressed that every festering claimant was "coming out of the woodwork" following the lottery win. When he agreed with the fee we began work; when he did not agree we did not begin work.

11. We represented him in a dozen or so other matters including Federal and State Tax plans, claims for tax refunds, Net Operating Loss Carrybacks, personal reorganization in chapter 13, three Probate and Family Court cases in which rancorous child support disputes had been ongoing for ten years, visitation and restraining order matters in District Court, two administrative HIPAA claims including one to the US Department of Health and Human Services, the release of child support bank levies, obtaining releases from the Massachusetts Department of Revenue Division of Child Support Collection, reinstatement of suspended social security disability benefits and review and organization of several business ventures in New Hampshire and in Massachusetts.

12. Every undertaking – spanning nearly four years -- *was successful.*

13. <u>INCORPORATION BY REFERENCE:</u> The facts laid out in my Response filed with this Honorable Court this morning are hereby incorporated by reference into this affidavit. I swear under the pains and penalties of perjury to their truthfulness.

14. When the client believed our work was done, he filed a complaint at the Board of Bar Overseers seeking refund of his fees. The client suffers from bi-polar, anxiety and depression. However, on medication he is substantially functional. He owned and operated businesses in two states, had

NH and MA drivers' licenses and was an astute gambler – once winning $20,000 in a single game of bingo.

15. When he learned he needed more legal assistance he and his wife blitzed my home in Chelmsford and begged forgiveness and asked for more representation. Together we drafted a release which they signed (handwritten b/c at the time my home computer was out for service). The bar complaint was withdrawn.

16. Throughout 2015, 2016 and May 2017 we worked on several matters on a contingent fee basis – he no longer had any of his winnings. When we won a tax case he wrote an NSF check for the fee which bounced within days of his receiving a $!6,000.00 windfall as a result of my work

17. Relations soured and he once again filed a BBO complaint in August 2017.

18. The undersigned submitted in duplicate to Bar Counsel all of my files which numbered over 5,000.00 pages. The work was corroborated by the dockets in various courts and the official filing receipts and docket information in other venues.

19. In its disbarment recommendation, the Bord attached zero value to my work and opined that all my fees: roughly $75,000.00 plus $11,000 in disbursements were not just excessive, but theft.

20. The hearing committee chair implemented an irregular and fatally prejudicial maneuver blind to due process to make the otherwise credibility-bankrupt complainant "credible" as an official finding.

21. The inverse became an official finding as well i.e. that I was not credible despite mountains of documentary and other evidence to the contrary.

22. The details of this peculiar hearing are accurately laid out in my Response, once again incorporated by reference herewith under the pains and penalties of perjury.

I swear, under the pains and penalties of perjury that the foregoing, including all material incorporated by reference into it is true and accurate to the best of my knowledge.

_____James Hayes_____             _5/1/2023_
James Hayes, respondent pro se            Date

4

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No 23-8019                                                             AFFIDAVIT

May 1, 2023                      IN RE: JAMES HAYES

                                      Respondent,

## CERTIFICATE OF SERVICE

The undersigned James Hayes, Respondent pro se in the above captioned matter hereby certifies that on May 1, 2023 I mailed first class, postage prepaid, a complete copy of the foregoing *Affidavit* along with this certificate of service to the following non-ECF parties identified on the attached service list in this matter:

                         Massachusetts Supreme Judicial Court
                         MA Supreme Judicial Court
                         1 Pemberton Square
                         Ste 1300
                         Boston, MA 02108-1707
                         (CERTIFIED MAIL NO. 7021 0950 0001 9971 6933 RRR)

                         Edward R. Wiest
                         81 Dana Street
                         Cambridge, MA 02138
                         (certified mail no. 7021 0950 0001 9971 6940 RRR)

*/s/ James Hayes*                                                         5/1/2023
James Hayes, Respondent pro se                             Date
26 Donna Road
Chelmsford, MA 01824-4706
(978) 250-8962
(617) 943-1254
james.ace@comcast.net